848

No. 72–6876.  LARKIN v. KANSAS.  Sup. Ct. Kan. Certiorari denied.

No. 72–6877.  SERRANO-BUGARIN v. UNITED STATES. C. A. 9th Cir.  Certiorari denied.

No. 72–6878.  PERKINS v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 72–6884.  LYNCH v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 72–6885.  PAYTON v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 72–6887.  ROLLINS v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 72–6888.  BOATNER v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 72–6889.  NELSON ET AL. v. JAMAICA BUSES, INC. App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.

No. 72–6891.  SHINDER v. ESMIOL.  App. Dept., Super. Ct. Cal., County of San Francisco.  Certiorari denied.

No. 72–6893.  BAILEY v. TENNESSEE ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 72–6894.  ENDRES v. SWENSON, WARDEN.  C. A. 8th Cir.  Certiorari denied.

No. 72–6896.  JEFFERS v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.